# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2014

## NO. 03-13-00602-CV

**Texas Department of Public Safety, Appellant**

**v.**

**Evan Grant Botsford, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## REVERSED AND RENDERED -- OPINION BY JUSTICE ROSE

This is an appeal from the order signed by the trial court on April 24, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the trial court's order and renders judgment reinstating the ALJ's suspension of Botsford's license. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.